UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:05-cr-00069-MMD-GWF |
| Plaintiff, | ) |
| vs. | ) ORDER TO QUASH ARREST WARRANTS |
| ALFREDO VEGA, a.k.a. Javier, and ERASMO ROMAN-RIOS | ) |
| Defendants. | ) |

The Court has before it a Motion to Quash Arrest Warrants filed by the Government.

IT IS HEREBY ORDERED that the Arrest Warrants issued for the above-captioned case are quashed.

DATED this 10th day of October, 2014.

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

3